# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Juan Manuel CONCEPSION,<br><br>Defendant. | Case No. **21MJ8281**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Section 111(a)(1)<br>Assault on a Federal Officer<br><br>**AMENDED** |

The undersigned complainant being duly sworn states:

On or about April 10, 2021, within the Southern District of California, defendant, Juan Manuel CONCEPSION, did knowingly and intentionally, willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in 18 U.S.C. Section 1114, namely, Department of Homeland Security, Customs and Border Protection, United States Border Patrol Agent S. Record, in that Defendant, in an attempt to resist arrest, assaulted Agent S. Record while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MARISSA HESSION
FBI SPECIAL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of April 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Manuel CONCEPSION

## STATEMENT OF FACTS

**This Statement of Facts is being amended to include Geronimo Gomez DUARTE as a material witness.**

The complainant states Geronimo Gomez DUARTE is a citizen of a country other than the United States; has no legal status in the United States and is subject to deportation; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 10, 2021, Border Patrol Agent (BPA) S. Record was performing his Border Patrol duties in the mountains west of El Centro, near In-Ko-Pah. This area consists of large boulders and brush which can be used for concealment by Illegal aliens. Illegal aliens often use this area to illegally enter the United States. Due to this terrain, BPAs need to patrol this area on foot. In order to be identified, BPAs are required to wear a standard issue uniform consisting of matching green pants and shirt with a yellow Border Patrol insignia on the chest and arms. On April 10, 2021, BPA Record was wearing this standard-issue uniform and a matching hat with Border Patrol insignia.

At approximately 7:00 a.m., an operator from the El Centro Border Patrol Camera Room informed BPA Record of two individuals walking in a canyon leading to Interstate 8. BPA Record and his partner, J. Reher, responded to the area and encountered two individuals, later identified as CONCEPSION and Geronimo Gomez DUARTE. When the two individuals saw the Border Patrol agents, both individuals fled and attempted to conceal themselves. BPA Record and BPA Reher split up to find them. BPA Record located the two males in a cave; BPA Record identified himself as a United States Border Patrol Agent and entered the cave. DUARTE immediately fled out of the cave. BPA Record used verbal commands and attempted to detain CONCEPSION by placing him in a bear hug by wrapping his arms around CONCEPSION's back and upper torso. CONCEPSION grabbed BPA Record's leg in an attempt to throw him off balance. During the altercation, BPA Record

became aware of a handle of a machete sticking out of CONCEPSION's backpack. CONCEPSION tried to grab the handle of the machete multiple times until BPA Record was able to restrain the free hand of CONCEPSION. BPA Record then used his body weight to push CONCEPSION to the ground. BPA Record attempted radio contact with his partner, but the boulders blocked the radio signal from going through. CONCEPSION used his left hand to push himself to a kneeling position and hunched over to try and flip BPA Record off his back. BPA Record started yelling BPA Reher's name as CONCEPSION was being assaultive and with the radio not working. While still intertwined with one another, CONCEPSION continued pushing with his left hand and was able to successfully stand. BPA Record stepped onto a rock in order to maintain control of CONCEPSION, while still holding him from behind. CONCEPSION then swung his left hand backwards, striking BPA Record approximately five times in the side of the head. BPA Record put his forearm around the only area he could, CONCEPSION'S upper chest and neck area until finally, CONCEPSION went limp. BPA Record then placed CONCEPSION face down on the ground and handcuffed him. BPA Record had CONCEPSION walk out of the cave where BPA Reher met them and the two BPAs escorted CONCEPSION to their vehicle. At the vehicle a search was conducted of CONCEPSION and at this time a loaded handgun was found in his pocket. CONCEPSION was then transported to where EMS personnel were waiting. BPA Record placed CONCEPSION under arrest and arranged for CONCEPSION to be transported to the El Centro Border Patrol Station for further processing. It was later determined that CONCEPSION is a United States citizen.

DUARTE, who had initially run away from the cave, was later apprehended by Border Patrol and determined to be CONCEPSION's brother. During later investigation, DUARTE admitted he crossed into the United States from Mexico on foot illegally, and then met up with CONCEPSION. DUARTE admitted that he and CONCEPSION ran away from Border Patrol. DUARTE later saw a Border Patrol Agent grab CONCEPSION from behind; DUARTE saw them struggling. As they were struggling, DUARTE heard the Border Patrol Agent yelling "Chris." He assumed the agent was calling for backup, so he

1  continued to flee and found a rock to climb up on and hide from the other BPA. DUARTE
2  laid in a crevice on a flat rock for approximately one hour until Border Patrol found him.
3  When they found him, Border Patrol discovered DUARTE, like CONCEPSION, was also
4  carrying a machete.